CERTIFICATE OF SERVICE

The undersigned certifies that on 3-31-17 a copy of the Amended Schedules, Summary, and Declaration was filed electronically. Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Peter Michael O'Grady    bknotice@reimerlaw.com
- Keith Rucinski    efilings@ch13akron.com, krucinski@ecf.epiqsystems.com
- D. Anthony Sottile    bankruptcy@sottileandbarile.com
- United States Trustee    (Registered address)@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case and who will be sent the foregoing document by regular U.S. Mail

16-52826-amk|Bank of America, N.A. | 100 N. Tryon St. Ste 220  Charlotte NC 28202

16-52826-amk|Capital One Auto Finance |c/o Ascension Capital Group|P.O. Box 165028|Irving, TX 75016-5028|||

16-52826-amk|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021||||

16-52826-amk|ATG Credit LLC |POB 14895|Chicago IL 60614-8542| |||

16-52826-amk|American Web Loan |522 North 14th Street # 130|Ponca City OK 74601-4654| |||

16-52826-amk|Bank of America, N.A. |P.O. Box 660933|Dallas, TX 75266-0933| |||

16-52826-amk|Capital One Auto Finance, c/o Ascension Capi|P.O. Box 201347|Arlington, TX 76006-1347| |||

16-52826-amk|Capitol One Auto Finance |3905 N. Dallas Pkwy|Plano TX 75093-7892| |||

16-52826-amk|Central Credit Services |PO Box 1850|Saint Charles MO 63302-1850| |||

16-52826-amk|Credit One Bank |P.O. Box 98873|Las Vegas NV 89193-8873| |||

16-52826-amk|Crystal Clinic Inc |PO BOX 75575|Cleveland, OH 44101-4200| |||

16-52826-amk|Crystal Clinic Orthopaedic Center |PO BOX 72434|Cleveland, OH 44192-0002| |||

16-52826-amk|Crystal Clinic Orthopaedic Center |PO Box 73047|Cleveland OH 44193-0002| |||

16-52826-amk|First Premier Bank |PO Box 5147|Sioux Falls SD 57117-5147| |||

16-52826-amk|LVNV Funding, LLC |200 Meeting St. Suite 206|Greenville SC 29615-5833| |||

16-52826-amk|LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |

16-52826-amk|North Shore Agency |9525 Sweet Valley Drive|Valley View OH 44125-4237| |||

16-52826-amk|Recreation Centers of Sun City Inc |10626 West Thunderbird Blvd|Sun City AZ 85351-3094| |||

16-52826-amk|Village of Linndale |POB 932656|Solon OH 44139| |||

/s/Warner Mendenhall
Warner Mendenhall, 0070165